PAUL J. COLETTI ET AL. *v.* TOWN PLAN AND ZONING COMMISSION OF FAIRFIELD

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County is granted.

*Henry Lyons III,* in support of the petition.

Submitted April 24—decided May 8, 1974

A. G. RUSSO CONSTRUCTION COMPANY *v.* THE PLANNING AND ZONING COMMISSION OF GUILFORD
(Nos. 91979, 92152)

ARCHIE A. BAILEY *v.* THE PLANNING AND ZONING COMMISSION OF GUILFORD
(Nos. 91980, 92153)

The defendant's petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Gordon A. Evans,* in support of the petition.
*Roy H. Scharf,* in opposition.